UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GAIL PATRICK,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

Civil Action No. 08-cv-688

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 6/8/09

_Amanda R. Jordan_
~~Kenneth R. Hiller, Esq.~~ Amanda R. Jordan
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

David Israel or Michelle H. Lyon
*Attorneys for Defendant*
Sessions, Fishman, Nathan & Israel, LLP
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Metairie, Louisiana 70002-7227
Phone: (504) 828-3700